IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

RICHARD and JANICE MEYER                    CASE NO.

     V.

DAIMLERCHRYSLER CORPORATION
GENERAL MOTORS CORPORATION
FEDERAL-MOGUL GLOBAL, INC.

---

## NOTICE OF REMOVAL

Defendants DaimlerChrysler Corporation and General Motors Corporation (the "automobile manufacturers") hereby give notice of the removal to the United States District Court for the Eastern District of Pennsylvania of the claims which have been asserted against them in the action captioned Richard and Janice Meyer v. AC&S, Inc., et al. now pending in the Court of Common Pleas of Philadelphia County, at No. 0206-0138. This Notice of Removal is filed pursuant to 28 U.S.C. § 1452(a), and as grounds for removal the automobile manufacturers state the following:

1.     The action of which the removed claims are a part was commenced in the Court of Common Pleas of Philadelphia County.

2.     The removed claims are those for personal injury or wrongful death asserted against the automobile manufacturers on the basis of alleged exposure to certain of their asbestos-containing products, including brakes and other automotive parts, manufactured for the automobile manufacturers by Federal-Mogul Global, Inc., or companies that it purchased, one or more of which is a co-defendant of the automobile manufacturers.

3.      On October 1, 2001 Federal-Mogul Global, Inc. filed a voluntary petition for protection under Chapter 11 of the United States Bankruptcy Code, commencing bankruptcy case number 01-10578 (the "Federal-Mogul Bankruptcy Case") currently pending in the United States Bankruptcy Court for the District of Delaware.

4.      The removed claims may be removed to this Court pursuant to 28 U.S.C. § 1452(a): (i) the removed claims are asserted in a civil action not exempt from removal; and (ii) the Court has jurisdiction of the removed claims under 28 U.S.C. § 1334. All claims asserted against the Removing Defendants are related to the Federal-Mogul Bankruptcy Case, and the continued prosecution, outcome at trial or other resolution of the claims will have an effect on the administration of the Federal-Mogul Bankruptcy Case.

5.      Removal to this Court is timely pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(3) in that the Federal-Mogul Bankruptcy Case was pending when the removed claims were asserted on or after October 1, 2001 and in that this notice has been filed within 30 days of receipt by one or all of the automobile manufacturers of a copy of the initial pleading setting forth the removed claims.

6.      Upon removal, the proceedings with respect to the removed claims are non-core. The automobile manufacturers do not consent to entry of a final order or judgment by the bankruptcy judge to the extent the bankruptcy court is authorized to hear or determine such claims consistent with 28 U.S.C. § 157(b)(5).

7.      The purpose of removal is to facilitate transfer of the removed claims to the United States District Court for the District of Delaware, the district court presiding over the Federal-Mogul Bankruptcy Case, to resolve on a consolidated basis the common threshold scientific issues

2

concerning whether brakes and other automotive parts cause disease. *See, e.g., In re Dow Corning Corp.*, 1995 W.L. 495978, at *2 (Bankr. E.D. Mich. Aug. 9, 1995) (personal injury tort claims transferred to bankruptcy court pursuant to 28 U.S.C. § 157(b)(5) to resolve threshold scientific issues concerning whether silicone breast implants caused disease after removal to federal court pursuant to 28 U.S.C. § 1452(a)).

8.      On November 20, 2001, the automobile manufacturers filed in the Federal-Mogul Bankruptcy Case a motion pursuant to 28 U.S.C. § 157(b)(5) to transfer this and all other claims related to brakes and automotive parts for consolidated resolution of the threshold scientific issues concerning whether brakes and other automotive parts cause disease.

9.      On December 10, 2001 the Honorable Alfred M. Wolin issued the attached Order provisionally transferring pursuant to 28 U.S.C. § 157(b)(5) the claims asserted against the automobile manufacturers to the United States District Court for the District of Delaware.

10.     On January 3, 2002, Judge Wolin issued a letter opinion and order reiterating that all asbestos friction claims against the automobile manufacturers pending in federal courts as of December 10 had been transferred, and ordering any claims removed after December 10 transferred as well. A copy of the Order and Opinion are attached to this Notice.

11.     On February 8, 2002, the Honorable Alfred M. Wolin denied the "Motions to Transfer the 'Friction Claims'" and simultaneously remanded the friction products claims. Attached hereto is a copy of said Order.

12.     However, on February 11, 2002, the United States Court of Appeals for the Third Circuit granted a Temporary Stay of Judge Wolin's February 8, 2002 Court Order so that the matter could be considered by a three-judge panel of that court. Attached hereto is a copy of said Order.

13.    The Removing Defendants file this Notice of Removal to adequately protect the interests of Removing Defendants and to facilitate transfer of these claims to the United States District Court for the District of Delaware pursuant to Judge Wolin's provisional transfer order.

14.    The automobile manufacturers will comply with 28 U.S.C. § 1446(d) by promptly giving notice of the filing of this Notice of Removal to all adverse parties to the action pending in the state court and filing a copy of this Notice of Removal with the prothonotary of the Court of Common Pleas of Philadelphia County.

Respectfully submitted,

LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY

BY: _____
Edward T. Finch, Esquire
Attorney for Defendants,
DaimlerChrysler Corporation and
General Motors Corporation

4

## CERTIFICATE OF SERVICE

I, Edward T. Finch, Esquire, hereby certify that pursuant to 28 U.S.C. § 1446(d) written

notice of the removal of this action will be promptly given to all adverse parties and a copy of the

Notice of Removal will be filed with the Court of Common Pleas.

_____
Edward T. Finch, Esquire

## IN THE UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category the case for the purpose of assignment to appropriate calendar.**

| | |
|---|---|
| Address of Plaintiff: | Richard and Janice Meyer<br>P.O. Box 414, Chevy Run Road<br>Lama, PA 16848 |
| Address of Defendant: | See attached List |
| Place of Accident, Incident or Transaction: | Various |
| | *(Use Reverse Side for Additional Space)* |

Does this case involve multidistrict litigation possibilities?　　　　　　　　　　Yes ■　　No ☐

*RELATED CASE IF ANY*

Case Number:　01-CV-5981　　　Judge　　　　　　　Date Terminated:　　N/A

Civil cases are deemed related when yes is answered to any of the following questions:

1.  Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?　　　　Yes ☐　No ■

2.  Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?　　　Yes ■　No ☐

3.  Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?　　Yes ☐　No ■

CIVIL: (Place an ⊠ in *ONE CATEGORY ONLY*)

A.　*Federal Question Cases:*　　　　　　　　　　B.　*Diversity Jurisdiction Cases:*

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | ☐ | Indemnity Contract, Marine Contract, and All Other Contracts | | 1. | ☐ | Insurance Contract and Other Contracts |
| 2. | ☐ | FELA | | 2. | ☐ | Airplane Personal Injury |
| 3. | ☐ | Jones Act — Personal Injury | | 3. | ☐ | Assault, Defamation |
| 4. | ☐ | Antitrust | | 4. | ☐ | Marine Personal Injury |
| 5. | ☐ | Patent | | 5. | ☐ | Motor Vehicle Personal Injury |
| 6. | ☐ | Labor-Management | | 6. | ☐ | Other Personal Injury (Please specify) |
| 7. | ☐ | Civil Rights | | 7. | ☐ | Products Liability |
| 8. | ☐ | Habeas Corpus | | 8. | ☐ | Products Liability — Asbestos |
| 9. | ☐ | Securities Act(s) Cases | | 9. | ☐ | All other Diversity Cases |
| 10. | ☐ | Social Security Review Cases | | | | (Please specify) |
| 11. | ■ | All other Federal Question Cases<br>(please specify)-Related to Chapter 11 Filing | | | | |

### ARBITRATION CERTIFICATION
*(Check appropriate category)*

I, _____ , counsel of record do hereby cert

☐　Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this c action case exceed the sum of $150,000 exclusive of interest and costs;

☐　Relief other than monetary damages is sought.

DATE: _____

_____　　　　　　　_____
*Attorney-at-Law*　　　　　　　　　　　　　*Attorney I.D.#*

**NOTE:**　A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this co except as noted above.

DATE: _____

_____　　　　　　　_____
*Attorney-at-Law*　　　　　　　　　　　　　*Attorney I.D.#*

CIV 609 (9/99)

**Defendants (Names and Addresses):**

DaimlerChrysler Corporation
1000 Chrysler Driver
Auburn Hills, MI  48326-2766


General Motors Corporation
400 Renaissance Center
P.O. Box 400
Detroit, MI  48265-4000


Federal-Mogul Global, Inc., individually and/or as parent company, successor in interest, or indemnitor to or of:

      Fel-Pro, Inc.,

      Ferodo America, Inc.,

      Gasket Holdings, Inc., formerly known as Flexitallic Gasket Company,

      Moog Automotive Inc., formerly known as Wagner Electric Corporation,

      Pneumo Abex Corp., or

      T&N plc.

      2655 Northwestern Highway
      Southfield, MI  48034

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## CASE MANAGEMENT TRACK DESIGNATION FORM

RICHARD and JANICE MEYER

     V.

CASE NO.

DAIMLERCHRYSLER CORPORATION
GENERAL MOTORS CORPORATION
FEDERAL-MOGUL GLOBAL, INC.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See §1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus - Cases brought under 28 U.S.C. §2441 through §2255.     ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.     ( )

(c) Arbitration - Cases required to be designated for arbitration under Local Civil Rule 8.     ( )

(d) Asbestos - Cases involving claims for personal injury or property damage from exposure to asbestos.     ( X )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)     ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.     ( )

July 5, 2002
_____
(Date)

_____
Attorney-at-law

Edward T. Finch, Esquire
Attorney For

DaimlerChrysler Corporation and General Motors Corporation

(Civ. 660)
12/91

JS44
(Rev 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as pro by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initi the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM )

| I (a) PLAINTIFFS <br> Richard and Janice Meyer | DEFENDANTS <br> SEE ATTACHED |
|---|---|
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____ <br> (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___ ___ <br> (IN U.S. PLAINTIFF CASES ONLY) <br> NOTE    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRAC <br> OF LAND INVOLVED |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) <br> Laurence H. Brown, Esquire <br> 17th Floor, One Penn Square West <br> Philadelphia, PA 19102 <br> (215) 569-4000 | ATTORNEYS (IF KNOWN) <br> Lavin, Coleman, O'Neil, Ricci, Finarelli & Gray <br> Penn Mutual Tower <br> 510 Walnut Street - Suite 1000 <br> Philadelphia, PA 19106 <br> (215) 627-0303 |

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U S Government Plaintiff

■ 3 Federal Question (U S Government Not a Party)

☐ 2 U S Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE B

(For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDA

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Action for personal injury for asbestos exposure against Federal-Mogul Global, Inc., or companies it purchased and removing defendants, removed pursua 28 U.S.C. § 1452(a).

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 151 Medicare Act <br> ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholders Suits <br> ☐ 190 Other Contract <br> ☐ 195 Contract Product Liability | **PERSONAL INJURY** <br> ☐ 310 Airplane <br> ☐ 315 Airplane Product Liability <br> ☐ 320 Assault Libel & Slander <br> ☐ 330 Federal Employers' Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle Product Liability <br> ☐ 360 Other Personal Injury | **PERSONAL INJURY** <br> ☐ 362 Personal Injury – Med Malpractice <br> ☐ 365 Personal Injury Product Liability <br> ■ 368 Asbestos Personal Injury Product Liability <br> **PERSONAL PROPERTY** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal Property Damage <br> ☐ 385 Property Damage Product Liability | ☐ 610 Agriculture <br> ☐ 620 Other Food & Drug <br> ☐ 625 Drug Related Seizure of Property 21 USC 881 <br> ☐ 630 Liquor Laws <br> ☐ 640 R R & Truck <br> ☐ 650 Airline Regs <br> ☐ 660 Occupational Safety/Health <br> ☐ 690 Other | ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal 28 USC 157 <br> **PROPERTY RIGHTS** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 840 Trademark | ☐ 400 State Reapportionment <br> ☐ 410 Antitrust <br> ☐ 430 Banks and Banking <br> ☐ 450 Commerce/ICC Rates/etc <br> ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and Corrupt Organizations <br> ☐ 810 Selective Service <br> ☐ 850 Securities/Commodities/ Exchange <br> ☐ 875 Customer Challenge 12 USC 3410 <br> ☐ 891 Agricultural Acts <br> ☐ 892 Economic Stabilization Act <br> ☐ 893 Environmental Matters <br> ☐ 894 Energy Allocation Act <br> ☐ 895 Freedom of Information Act <br> ☐ 900 Appeal of Fee Determina Under Equal Access to Justice <br> ☐ 950 Constitutionality of State Statutes <br> ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** <br> ☐ 210 Land Condemnation <br> ☐ 220 Foreclosure <br> ☐ 230 Rent Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | **CIVIL RIGHTS** <br> ☐ 441 Voting <br> ☐ 442 Employment <br> ☐ 443 Housing/ Accommodations <br> ☐ 444 Welfare <br> ☐ 440 Other Civil Rights | **PRISONER PETITIONS** <br> ☐ 510 Motions to Vacate Sentence Habeas Corpus <br> ☐ 520 General <br> ☐ 535 Death Penalty <br> ☐ 540 Mandamus & Other <br> ☐ 550 Other | **LABOR** <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor-Mgmt Relations <br> ☐ 730 Labor-Mgmt Reporting & Disclosure Act <br> ☐ 740 Railway Labor Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl Ret Inc Security Act | **SOCIAL SECURITY** <br> ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) <br> **FEDERAL TAX SUITS** <br> ☐ 870 Taxes (U S Plaintiff or Defendant) <br> ☐ 871 IRS  Third Party 26 USC 7609 | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☐ 1 Original Proceeding

■ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F R C P 23

**DEMAND $**
Not Specified

Check YES only if demanded in complaint
**JURY DEMAND** ■ YES   ☐

## VIII. RELATED CASE(S) IF ANY (See instructions)

JUDGE

DOCKET NUMBER  01-CV-5981

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| July 5, 2002 | Edward T. Finch, Esquire |

RECEIPT# _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG JUDGE _____

**Defendants (Names and Addresses):**

DaimlerChrysler Corporation
1000 Chrysler Driver
Auburn Hills, MI 48326-2766


General Motors Corporation
400 Renaissance Center
P.O. Box 400
Detroit, MI 48265-4000


Federal-Mogul Global, Inc., individually and/or as parent company, successor in interest, or indemnitor to or of:

     Fel-Pro, Inc.,

     Ferodo America, Inc.,

     Gasket Holdings, Inc., formerly known as Flexitallic Gasket Company,

     Moog Automotive Inc., formerly known as Wagner Electric Corporation,

     Pneumo Abex Corp., or

     T&N plc.

2655 Northwestern Highway
Southfield, MI 48034



# CLARK HILL
### ATTORNEYS AT LAW

LCORF&G

JUN 14 2002

RECEIVED

500 Woodward Avenue
Suite 3500
Detroit, Michigan 48226-3435
Tel (313) 965 8300 ■ Fax (313) 965 8252
www.clarkhill.com

Evelyn Barnes
Phone (313) 965-8287
ebarnes@clarkhill.com

June 13, 2002

**VIA FEDERAL EXPRESS**

Gerard Cedrone
Lavin, Coleman, O'Neil, Ricci, Finarelli & Gray
510 Walnut Street - Suite 1000
Philadelphia, PA    19106

Dear Mr. Cedrone:

Enclosed is the Complaint served on DaimlerChrysler Corporation ("DC") in the following case:

> Richard and Janice Meyer v AC&S, Inc., et al., including Chrysler Corporation
> Case No. 000138
> **Served via certified mail to DaimlerChrysler Corporation**
> **The postmark on the envelope is June 5, 2002**
> **The original envelope is enclosed.**
> **The documents were received by DaimlerChrysler on June 10, 2002**
> Claim Number: 1095055
> [Please include this Claim Number on all correspondence.]

**Please email me at ebarnes@clarkhill.com within 48 hours of receipt of this letter to acknowledge receipt of the enclosed complaint.**

Please defend the interests of DC in this case, consistent with the removal protocol set forth in Michael Sullivan's email correspondence dated January 3, 2002. Your law firm's services are being retained at DC approved billing rates and in accordance with the billing guidelines dated July 1, 1999.

ANSWER TO COMPLAINT: A copy of the cover letter transmitting the answer to the court and/or opposing counsel should be forwarded via facsimile to Clark Hill to my attention at 313-965-8252. A copy of the letter should be mailed to Tracy Charbonneau at Hartford. Do not send a copy of this letter to William T. McLellan. A copy of the Answer should not be forwarded to Clark Hill, DaimlerChrysler, or Hartford. If a copy of the Answer is needed, it will be requested.

CLARK HILL p.l.c

June 13, 2002
Page 2

CORRESPONDENCE:  All correspondence regarding this case should be forwarded to Clark Hill PLC (to the attention of Michael J. Sullivan, John Berg, or Evelyn Barnes), William T. McLellan at DaimlerChrysler Corporation, and Tracy Charbonneau at Hartford.

REPORTING DUE DATES:  Information regarding this and all new lawsuits should be added to your firm's quarterly survey spreadsheet report.  A revised survey spreadsheet report (hard copy and computer disk) should be forwarded to Clark Hill PLC, to the attention of Evelyn Barnes, at the end of each calendar quarter [September 30, December 31, March 31, and June 30].

DOCKET ISSUES:  Clark Hill should be advised immediately by email directed to asbestos@clarkhill.com of all docket issues including all trial dates, settlement conference dates, expert witness deposition dates, and company representative deposition dates.  When advising CH of docket issues, please identify each matter by plaintiff and by the assigned Gallagher Bassett and/or DC claim number.  In the future, only DC claim numbers will be assigned.

Clark Hill does NOT need to be notified of deposition dates for plaintiffs, treating physicians, co-workers, or persons other than expert witnesses and company representatives (which includes prior employees).

SETTLEMENT AUTHORITY:  All requests for settlement authority should be directed to William T. McLellan (by email to wtm@daimlerchrysler.com or by facsimile at 248-512-4885) and Tracy Charbonneau at Hartford (by email to tracy.charbonneau@thehartford.com or by facsimile 860-547-8650) copied to Michael Sullivan (by email to msullivan@clarkhill.com or by fax at 313-965-8252).  Each settlement authority request shall be accompanied by a case summary.  When a case has been resolved, please send a confirming email to asbestos@clarkhill.com, wtm@daimlerchrysler.com and tracy.charbonneau@thehartford.com with instructions as to how the settlement draft should be prepared.

DISCOVERY REQUESTS:  Clark Hill will be responsible for preparing an initial draft of discovery responses for your review and comment.  An email should be sent to me within 24 hours of receiving any discovery request.  That email should set forth the case name and number, the type of discovery request, and the due date.  The written discovery request should be forwarded to Evelyn Barnes, Clark Hill PLC, 500 Woodward Avenue, Suite 3500, Detroit, Michigan, 48226, within 48 hours of receipt.

DEPOSITION ATTENDANCE: Clark Hill should be notified regarding any deposition to be held outside your state.  Clark Hill will determine if other local counsel should handle the deposition, in order to minimize travel costs and fees.  Clark Hill does not need to be consulted regarding depositions to be held within your state, unless they are of experts or company representatives. [The Billing Guidelines have been revised to reflect this directive.]

CLARK HILL PLC

June 13, 2002
Page 3

DEPOSITION TRANSCRIPTS: The procedure for deposition transcripts is as follows:

1.    Copies of deposition transcripts should not be sent to Clark Hill PLC, DaimlerChrysler, or Hartford. Copies of the transcripts should, of course, be retained in your file.

2.    If the deposition is of an expert witness or a company representative, a copy of the ASCII disk for the deposition should be sent to Clark Hill to the attention of Evelyn Barnes.

3.    If a summary is prepared by the attorney who attended the deposition, a copy of that summary should be forwarded to Clark Hill.

CASE SUMMARIES/STATUS REPORTS: Case summaries and/or status reports should not be forwarded until settlement authority is sought or until such a summary is requested from your firm. When appropriate, case summaries should be emailed in Microsoft Word format to asbestos@clarkhill.com, wtm@daimlerchrysler.com and tracy.charbonneau@thehartford.com.

BILLINGS: Please direct all billings to Tracy Charbonneau at Hartford. Attached to each invoice should be a summary sheet with a case-by-case breakdown of fees and costs. A copy of just the summary sheet should be emailed to ebarnes@clarkhill.com or sent via facsimile to 313-965-8252 to the attention of Evelyn Barnes.

GLOBAL STRATEGIES: DaimlerChrysler wishes to manage its asbestos docket as expeditiously and cost-effectively as possible. As a result, your assistance is requested in identifying early and cost-effective approaches to individual and package settlement opportunities.

If you have any questions or concerns regarding the attached, please contact me as soon as possible.

Very truly yours,

CLARK HILL, PLC

Evelyn Barnes
Legal Assistant

EFB:ksm
Enclosures
cc:    Tracy Charbonneau (w/enclosures)
       c/o Benjamin Figueroa

3170524v1
16750/078601

## BROOKMAN, ROSENBERG, BROWN & SANDLER

*ATTORNEYS AT LAW*

*ONE PENN SQUARE WEST*
*SEVENTEENTH FLOOR*
*30 SOUTH FIFTEENTH STREET*
*PHILADELPHIA, PA 19102*

*TELEPHONE: (215) 569-4000*
*TELECOPIER: (215) 569-2222*
*TOLL FREE:  (800) 369-0899*

MELVIN BROOKMAN (1927 - 2000)
HOWELL K. ROSENBERG
LAURENCE H. BROWN
CARY L. SANDLER
JOHN M. DIDONATO**
NEIL B. KITROSSER
STEVEN J. COOPERSTEIN
DAVID B. HALPERN**
RONDA A. JAFFEE**
LEONARD F. FELDMAN **
PAUL J. RILEY

**ALSO MEMBER OF NEW JERSEY BAR

<u>NEW JERSEY OFFICE</u>

306 WEST SOMERDALE ROAD
VOORHEES, NJ 08043

*Telephone: (856) 354-1602*
*Telecopier: (856) 354-9739*

JOHN M. DIDONATO
NJ MANAGING ATTORNEY

**RECEIVED**

**JUN 1 0 2002**

**OFFICE OF THE GENERAL COUNSEL**

*June 4, 2002*

**RECEIVED**

**JUN 1 2 2002**

**CLARK HILL**

Chrysler Corporation
1000 Chrysler Drive
Auburn Hill, Michigan 48326

**RE:    Richard and Janice Meyer vs. AC&S, Inc., et al**
        **P.C.C.P., 0206-0138**

Dear Counsel:

        Enclosed please find one true and correct copy of Plaintiff's Complaint for the above-captioned case, the original of which has been duly filed with the Court.  Service of this Complaint is being effected under the applicable Pennsylvania Rules of Civil Procedure.

        Kindly forward this Complaint to your carrier for proper response and request that they advise us if they need an extension of time to answer or otherwise plead.

        Thank you for your courtesies.

                                Very truly yours,
                                BROOKMAN, ROSENBERG, BROWN & SANDLER

                        By: _____
SJC:cs                          Steven J. Cooperstein, Esquire
Enclosure                       Attorney for Plaintiff(s)

JUNE 2002    000138

Court of Common Pleas of Philadelphia County

Trial Division

# Civil Cover Sheet

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| Richard and Janice Meyer | AC&S, Inc. a Pennsylvania Corporation |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| P.O. Box 414, Chevy Run Road Lama, PA 16848 | 120 N. Lime Street Lancaster, PA 17604 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| | |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| | |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| | |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 28 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal |
| | | [ ] Writ of Summons  [ ] Transfer From Other Jurisdiction |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [ ] $50,000.00 or less | [ ] Arbitration | [ ] Mass Tort | [ ] Commerce | [ ] Settlement |
| [X] More than $50,000.00 | [X] Jury | [ ] Savings Action | [ ] Minor Court Appeal | [ ] Minors |
| | [ ] Non-Jury | [ ] Petition | [ ] Statutory Appeals | [ ] W/D/Survival |
| | [ ] Other: | | | |

**CASE TYPE AND CODE (SEE INSTRUCTIONS)**

2T  T1

**STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS)**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

| | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|
| NONE | Yes  No |
| | [ ]  [ ] |
| | [ ]  [ ] |
| | [ ]  [ ] |

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant:

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS (SEE INSTRUCTIONS) |
|---|---|
| Laurence H. Brown, Esquire | One Penn Square West 30 S. 15th Street, 17th Floor Philadelphia, PA 19102 |
| **PHONE NUMBER** (215)569-4000 | **FAX NUMBER** (215) 569-2222 | |
| **SUPREME COURT IDENTIFICATION NO.** 21174 | **E-MAIL ADDRESS** |
| **SIGNATURE** | **DATE** 5/22/02 |

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet
*(Supplemental Parties)*

| For Prothonotary Use Only (Docket Number) |
| --- |
| JUNE 2002 |
| 000138 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| --- | --- |
| Richard and Janice Meyer | Abex Corporation a/k/a Pneumo Abex Corporation |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| P.O. Box 414, Chevy Run Road Lama, PA  16848 | a Delaware COrporation Liberty Lane Hampton, NH  03842 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
|  | Albany International Corporation. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
|  | 1373 Broadway Albany, NY  12204 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
|  | Allied Signal, Inc. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
|  | 101 Columbia Turnpike Morristown, NJ  07962 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
|  | Asten Hill Group, Inc. 4399 Corporate Road |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
|  | P.O. Box 10700 Charleston, SC  29411 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
|  | A.W. Chesterton, INc. Middlesex Industrial Park |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
|  | Route 93 Stoneham, MA  02180 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
|  | BBA Group, PLC. 1200 Century Way |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
|  | Thorpe Park Business Park West Yorkshire, England LS15 8ZA |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
|  | Borg Warner Corporation |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
|  | 200 S. Michigan Avenue Chicago, IL  60604 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
|  | Brake & Clutch Co. of Phila. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
|  | 7321 Crescent Blvd. Pennsauken, NJ  08110 |

JUNE 2002                    000138

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet
## (Supplemental Parties)

| | For Prothonotary Use Only (Docket Number) |
|---|---|
| **PLAINTIFF'S NAME** Richard and Janice Meyer | **DEFENDANT'S NAME** Certainteed COrporation |
| **PLAINTIFF'S ADDRESS** P.O. Box 414, Chevy Run Road Lama, PA 16848 | **DEFENDANT'S ADDRESS** Swedesford Road Valley Forge, PA 19482 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** Chrysler Corporation 1000 Chrysler Drive |
| **PLAINTIFF'S ADDRESS** [JURY FEE PAID] | **DEFENDANT'S ADDRESS** Auburn Hill, Michigan 48326 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** Combustion Engineering Co., INc. c/o CVCSC, Inc. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** 177 Capital BLvd. P.O. Box 4950 Rocky Hill, CT 06067 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** Crane Co., Demming Division |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** 1453 Allen Road Salem, OH 44460 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** Durabla |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** 140 Sheree Blvd. Lionville, PA 19353 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** General Motors Corporation c/o CT Corporation Systems |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** 1515 Market Street, Suite 1210 Philadelphia, PA 19103 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** Georgia-Pacific Corporation c/o CT Corporation Systems |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** 1515 Market Street, SUite 1210 Philadelphia, PA 19103 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** Goulds Pumps, INc. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** 240 Fall Street Seneca Falls, NY 13148 |

JUNE 2002

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet
## (Supplemental Parties)

| | For Prothonotary Use Only (Docket Number) |
|---|---|
| | 000138 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| Richard and Janice Meyer | Green, Tweed & COmpany, Inc. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| P.O. Box 414, Chevy Run Road Lama, PA  16848 | 2075 Detweiler Road Kulpsville, PA  19443 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | Maremont Corporation |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 2400 INdustrial Park Louden, TX  37774 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | Metropolitan Life INsurance Co. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 1 Madison Avenue New York, NY  10010 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | Owens-Illinois, Inc. an Ohio Corporation |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | One Sea Gate - WMB 9 Toledo, O H  43666 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | Pecora Corporation a Pennsylvania Corporation |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 165 Wambold Road Harleysville, PA  19438 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | Pennsylvania Brake Bonding |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 9001 Torresdale Avenue Philadelphia, PA  19136 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | Scapa Dryer Group |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 2500 Scapa Road Waycross, GA  31501 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | Scapa Dryer Group, INc. c/o Quintin T. Hardtner, III |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | Midsouth Tower, 11th Floor Shreveport, LA  71101 |

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet
## (Supplemental Parties)

| | For Prothonotary Use Only (Docket Number) |
|---|---|
| **JUNE 2002** | 000138 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| Richard and Janice Meyer | Uniroyal, Inc.<br>70 Great Hill Road |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| P.O. Box 414, Chevy Run Road<br>Lama, PA   16848 | Naugatuck, CT   06770 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| | Weil McLain Co.<br>Division of the Marley Company |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| | Blaine Street<br>Michigan City, IN   46360 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| | Viacom/Westinghouse Electric Corp. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| | 11 Stanwix Street, 2nd. Fl. Gateway 6<br>Pittsburgh, PA   15222-1384 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| | |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| | |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| | |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| | |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| | |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| | |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| | |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| | |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| | |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| | |

JURY FEE PAID.

ATTEST

JUN 0 3 2002

B. PLEASANT
PRO. PROTHY

**BROOKMAN, ROSENBERG, BROWN & SANDLER**
**BY: LAURENCE H. BROWN, ESQUIRE**
**ATTORNEY IDENTIFICATION NO. 21174**
**FIRM IDENTIFICATION NO. 9991**
17TH FLOOR, ONE PENN SQUARE WEST
PHILADELPHIA, PA. 19102
(215) 569-4000

ATTORNEY FOR PLAINTIFF(S)

---

*Plaintiff(s):*                                    :

*RICHARD AND JANICE MEYER*                          :
*P.O. BOX 414, CHEVY RUN ROAD*                      :
*LAMA, PA 16848*                                    :

                              *vs.*                 :

*Defendant(s):*                                     :

*AC&S, INC. (001), ET AL.*                          :
*A PENNSYLVANIA CORPORATION*                        :
*120 N. LIME STREET*                                :
*LANCASTER, PA 17604*                               :

*PHILADELPHIA COUNTY*
*COURT OF COMMON PLEAS*
*DIVISION*
**JUNE 2002**

*TERM*

000138

*No.*

*ASBESTOS LITIGATION*

---

## COMPLAINT - CIVIL ACTION (2. PERSONAL INJURY)
### 26035 ASBESTOS

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plaza al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparecencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |
| YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. | LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL. |
| PHILADELPHIA BAR ASSOCIATION<br>LAWYER REFERRAL AND INFORMATION SERVICE<br>One Reading Center<br>Philadelphia, Pennsylvania 19107<br>Telephone: 215-238-1701 | ASOCIACIÓN DE LICENCIADOS DE FILADELFIA<br>SERVICIO DE DEFERENCIA E INFORMACIÓN LEGAL<br>One Reading Center<br>Filadelfia, Pennsylvania 19107<br>Telephone: 215-238-1701 |

ABEX CORPORATION  (046)
a/k/a Pneumo Abex Corporation
a Delaware Corporation
Liberty Lane
Hampton, NH 03842

ALBANY INTERNATIONAL CORPORATION
1373 Broadway
Albany, NY 12204

ALLIED SIGNAL, INC. (280)
101 Columbia Turnpike
Morristown, NJ  07962

ASTEN HILL GROUP, INC. (340)
4399 Corporate Road
P.O. Box 10700
Charleston, SC  29411

A.W. CHESTERTON, INC.  (127)
Middlesex Industrial Park
Route 93
Stoneham, MA  02180

BBA Group, PLC.
1200 Century Way
Thorpe Park Business Park
West Yorkshire, England LS15 8ZA

BORG WARNER CORPORATION (055)
200 S. Michigan Avenue
Chicago, IL  60604

BRAKE & CLUTCH CO. OF PHILA.  (056)
7321 Crescent Blvd.
Pennsauken, NJ 08110

CERTAINTEED CORPORATION (090)
750 E. Swedesford Road
Valley Forge, PA  19482

CHRYSLER CORPORATION (433)
1000 Chrysler Drive
Auburn Hill, Michigan  48326

COMBUSTION ENGINEERING CO., INC. (059)
c/o CVCSC, Inc.
175 Capital Boulevard
P.O. Box 4950
Rocky Hill, CT  06067

CRANE CO., DEMMING DIVISION
1453 Allen Road
Salem, OH  44460

DURABLA
140 Sheree Blvd.
Lionville, PA  19353

GENERAL MOTORS CORPORATION (148)
c/o CT Corporation Systems
Suite 1210
1515 Market Street
Philadelphia, PA  19103

GEORGIA-PACIFIC CORPORATION (244)
c/o CT Corporation Systems
Suite 1210
1515 Market Street
Philadelphia, PA  19103

GOULDS PUMPS, INC. (435)
240 Fall Street
Seneca Falls, NY 13148

GREEN, TWEED & COMPANY, INC. (132)
2075 Detweiler Road
Kulpsville, PA 19443

MAREMONT CORPORATION (072)
2400 Industrial Park
Louden, TN 37774

METROPOLITAN LIFE INSURANCE CO. (4019)
1 Madison Avenue
New York, NY 10010

OWENS-ILLINOIS, INC. (032)
an Ohio Corporation
One Sea Gate -WMB9
Toledo, OH  43666

PECORA CORPORATION (429)
a Pennsylvania Corporation
165 Wambold Road
Harleysville, PA 19438

PENNSYLVANIA BRAKE BONDING (074)
9001 Torresdale Avenue
Philadelphia, PA  19136

SCAPA DRYER GROUP
2500 Scapa Road
Waycross, GA 31501

SCAPA DRYER GROUP, INC.
c/o Quintin T. Hardtner, III
Midsouth Tower, 11th Floor
Shreveport, LA 71101

UNIROYAL, INC. (043)
70 Great Hill Road
Naugatuck, CT 06770

WEIL McLAIN CO. (163)
Division of The Marley Company
Blaine Street
Michigan City, IN  46360

VIACOM/WESTINGHOUSE ELECTRIC CORPORATION (099)
11 Stanwix Street, 2nd Fl., Gateway 6
Pittsburgh, PA  15222-1384

BROOKMAN, ROSENBERG, BROWN & SANDLER
BY: LAURENCE H. BROWN, ESQUIRE
ATTORNEY IDENTIFICATION NO. 21174
FIRM IDENTIFICATION NO. 9991
17TH FLOOR, ONE PENN SQUARE WEST                    ATTORNEY FOR PLAINTIFF(S)
PHILADELPHIA, PA. 19102
(215) 569-4000

| | |
|---|---|
| *Plaintiff* | *PHILADELPHIA COUNTY* |
| | *COURT OF COMMON PLEAS* |
| *RICHARD AND JANICE MEYER* | *DIVISION* |
| | **JUNE 2002** |
| | |
| *vs.* | *TERM* |
| *Defendant(s):* | *No.*    **000138** |
| *AC&S, INC., (001), ET AL.* | *ASBESTOS LITIGATION* |

## COMPLAINT - CIVIL ACTION (2. PERSONAL INJURY)
## 26035 ASBESTOS

Plaintiff incorporates by reference Plaintiffs' Master Long Form Complaint In Re: Asbestos

Litigation in Philadelphia Court of Common Pleas, filed as of October Term, 1986, No. 8610-0001.

Pursuant to an Order dated July 30, 1986 and signed by the Honorable Richard B. Klein and the

Honorable Edward J. Blake the following short form complaint is utilized in this asbestos action.

1. This Complaint involves the claims of the following persons:

    a.   Plaintiff:

          Name:           Richard Meyer

          Address:        P.O. Box 414
                          Chevy Run Road
                          Lama, PA 16848

          Social Security No.   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

          Date of Birth:      7/27/30

    b.   Spouse ("Plaintiff-Spouse"):

          Name:           Janice Meyer

          Date of Birth:      5/23/29

2. The defendants are those companies listed in the caption.

3. Plaintiffs would also name as defendants the Johns-Manville Corporation, the Johns-Manville Sales Corporation, UNARCO, Amatex Corporation, Forty-Eight Insulators Incorporated, Wallace and Gale Company, Nicolet Industries, Pacor, Inc., Delaware Insulation, Inc. f/k/a DI Distributors, Carey Canada, Celotex Corporation, Eagle Picher Industries, Inc., Keene Corporation, H.K. Porter Company, Inc., Babcock & Wilcox, and Pittsburgh Corning Corporation; however, each of these potential defendants has filed for relief or been forced into involuntary bankruptcy under Chapter 11 of the Bankruptcy Code and, pursuant to 11 U.S.C. Section 362, the institution of actions against these companies is stayed. Plaintiffs would have brought suit against the companies enumerated in this paragraph but for the automatic stay.

4. A. Defendant, **Metropolitan Life Insurance Company**, is a mutual life insurance company with a principal place of business in the New York. At all relevant times Defendant did business in the State of New Jersey and the Commonwealth of Pennsylvania. Defendant, individually and as agents of one another and as co-conspirators, aided, abetted, encouraged, counseled, assisted, agreed, and conspired among themselves and with other asbestos manufacturers and distributors to injure Plaintiffs by, among other things, providing funding for a study that revealed Canadian asbestos miners suffered from asbestosis and by materially misrepresenting that known fact, and in various other ways concealing information and otherwise preventing workers and responsible authorities from learning of the health hazards posed by asbestos exposure.

B. Defendant, **AC&S, Inc.**, formerly known as Armstrong Contracting & Supply Co., sued in its corporate capacity and as successor by purchase of the Contracting Units of Armstrong Cork Company, is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Pennsylvania, and is doing business in the Commonwealth of Pennsylvania, and in the Federal Eastern District of Pennsylvania. At all times material hereto, Defendant, **AC&S, Inc.**, formerly known as, Armstrong Contracting & Supply Co. and/or its predecessors, including, the Contracting Units of Armstrong Cork Company, was a manufacturer, distributer and supplier of asbestos products, including, but not limited to, products of some or all of the various other defendants named herein, which products were either directly or indirectly sold and/or supplied in the geographical area in which plaintiffs worked and/or to the employers of the plaintiffs and/or to contractors at job sites on which plaintiffs and/or to contractors at job sites on which plaintiffs worked, when they were exposed to said asbestos products.

C. Defendant, **Albany International Corporation**, sued in its corporate capacity and as successor-in-interest to Albany Felt Company, is a corporation organized and existing under the laws of the state of Delaware, with its principal place of business in the state of New York. At all times material hereto, Albany International Corporation was doing business in the Commonwealth of Pennsylvania. At times material hereto, Albany International Corporation and/or its predecessors, manufactured, produced, distributed and/or supplied, either directly of indirectly, in the geographic area in which plaintiff worked, and/or to the employers of the plaintiff, asbestos products including, but not limited to, asbestos-containing laundry dryer felts.

D. Defendant, **Asten-Hill Group, Inc.**, is a business entity organized under the laws of the Commonwealth of Pennsylvania with its principal place of business in Pennsylvania, and is doing business in the State of New Jersey. At all times material hereto, defendant, **Asten-Hill Group, Inc.**, mined, milled, manufactured, produced, processed, supplied, distributed and sold, either directly or indirectly, in the geographical area in which plaintiff worked, asbestos products including, but not limited to, packaged or bagged asbestos, asbestos products or compounds.

E. Defendant, **BBA Friction Ltd.**, formerly Mintex U.K. is an English corporation located in West Yorkshire, England. At all times material it manufactured, produced, distributed and/or supplied, either directly or indirectly, in the geographic area in which the plaintiff worked, and/or to the employers of the plaintiff, asbestos-containing products.

F. Defendant, **Borg Warner Corporation**, is a corporation duly organized and existing under the laws of the State of Michigan with a principal place of business at 615 Griswold, Detroit, Michigan. At all times material hereto, defendant, Borg Warner Corporation, manufactured, produced and/or sold asbestos products, either directly or indirectly to the employers of plaintiff and/or its predecessors, asbestos products including, but not limited to, asbestos brake shoes, asbestos brake linings and other asbestos friction products.

G. Defendant, **Crane Co., Deming Division,** is a corporation organized and existing under the laws of the State of Ohio, with its principal place of business in Salem, OH and at all times material hereto was doing business in the Commonwealth of Pennsylvania. At all times material hereto, Defendant, Crane Co., manufactured, produced and sold, either directly or indirectly, in the geographical area in which plaintiffs worked and/or to the employers of the plaintiffs and/or to contractors on job sites on which plaintiffs worked, asbestos products, including but not limited to, pumps which contained asbestos materials.

H. Defendant, **Pecora Corporation,** is a Pennsylvania corporation with its principal place of business located at 165 Wambold Road, Harleysville, Pennsylvania. Pecora Corporation at all times material hereto, manufactured, supplied, distributed and/or produced any and all of the asbestos-containing products to which the plaintiff was exposed through his employment including, but not limited to, Red Devil Furnace Cement, sealings and other products.

I. Defendant, **Scapa Dryer Group,** is a corporation organized and existing under the laws of the state of Georgia with its principal place of business in the state of Georgia. At times material hereto, Scapa Dryer Group, was doing business in the Commonwealth of Pennsylvania. At times material hereto, Scapa Dryer Group, manufactured, produced, distributed and/or supplied, either directly or indirectly, in the geographic area in which plaintiff worked, and/or to the employers of the plaintiff, asbestos products including, but not limited to asbestos-containing laundry dryer felts.

J. Defendant, **Scapa Dryer Group, Inc.,** is a corporation organized and existing under the laws of the state of Louisiana with its principal place of business in the state of Louisiana. At times material hereto, Scapa Dryer Group, Inc., was doing business in the Commonwealth of Pennsylvania. At times material hereto, Scapa Dryer Group, Inc., manufactured, produced, distributed and/or supplied, either directly or indirectly, in the geographic area in which plaintiff worked, and/or to the employers of the plaintiff, asbestos products including, but not limited to asbestos-containing laundry dryer felts.

5. Plaintiff hereby incorporates by reference the following Counts from the Master Long-Form Complaint: Counts: I, II, III, IV, VI, VII & X.

6. Plaintiff's asbestos employment history including, to the extent possible at this time, the asbestos products to which plaintiff was exposed, is attached hereto as Schedule 1.

7. Plaintiff was diagnosed on or about 7/20/00 by Dr. Dominic Gaziano as having asbestosis w/ restriction as a result of exposure to asbestos.

8. Plaintiff's smoking history is as follows:

Plaintiff smoked 1 pack per day from 1945 to 1963.

9. A claim for lost wages will be asserted at time of trial, if applicable.

Brookman, Rosenberg, Brown and Sandler

By: _____

Laurence H. Brown, Esquire

## VERIFICATION

I hereby certify that I am counsel for the plaintiff (s) in the instant matter and that the facts contained herein are true and correct to the best of my knowledge, information and belief. This statement is made subject to the penalties of 18 PA C.S.A. sec. 4904, relating to unsworn falsification to authorities.

Laurence H. Brown, Esquire

## PLAINTIFF'S ASBESTOS WORK HISTORY - SCHEDULE 1

| Commencement | Cessation | Employer | Job Description |
|---|---|---|---|
| 10/47 | 4/48 | Mearl Brewer Co. | farmer |
| 10/47 | 4/48 | Bob Farrington & Co. | wood cutter |
| 4/56 | 6/87 | Hammermill Paper Co. a/k/a Lockhaven International Paper Co. | laborer |
| 4/48 | 4/56 | A.C. Dickey Group | mechanic |
| 11/89 | 8/92 | Clinton Landfill Co. | supervisor |


CT System

**Service of Process Transmittal Form**
Philadelphia, Pennsylvania

**06/20/2002**

Via Federal Express (2nd Day)

**TO:** Gerard Cedrone
Lavin Coleman Finarelli & Gray
Penn Mutual Tower
510 Walnut Street
Philadelphia, PA 19106

**RE:     PROCESS SERVED IN PENNSYLVANIA**

**FOR**        General Motors Corporation Domestic State: De

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **1. TITLE OF ACTION:** | Richard and Janice Meyer vs AC&S, Inc. et al including General Motors Corporation |
| **2. DOCUMENT(S) SERVED:** | Cover Sheet, Notice, Complaint, Verification, Jury Demand, Schedule 1. |
| **3. COURT:** | Common Pleas Court, Philadelphia County, Pennsylvania<br>Case Number 000138 |
| **4. NATURE OF ACTION:** | Asbestos litigation. |
| **5. ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Philadelphia, Pennsylvania |
| **6. DATE AND HOUR OF SERVICE:** | By Process server on 06/20/2002 at 10:15 |
| **7. APPEARANCE OR ANSWER DUE:** | Within 20 Days |
| **8. ATTORNEY(S):** | 215-569-4000<br>Laurence H. Brown, Esquire<br>Brookman, Rosenberg, Brown & Sandler<br>17th Floor, One Penn Square West<br>30 South 15th Street<br>Philadelphia, PA 19102 |
| **9. REMARKS:** | CC sent to Rosemarie Williams at General Motors. |

| | |
|---|---|
| **SIGNED** | CT Corporation System |
| **PER**<br>**ADDRESS** | Ann Marie Armstrong<br>1515 Market Street<br>Suite 1210<br>Philadelphia, PA 19102<br>SOP WS 0004577488 |

Information contained on this transmittal form is recorded for C T Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.

JUNE 2002    000138

**Court of Common Pleas of Philadelphia County**
**Trial Division**
# Civil Cover Sheet

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| Richard and Janice Meyer | AC&S, Inc.<br>a Pennsylvania Corporation |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| P.O. Box 414, Chevy Run Road<br>Lama, PA  16848 | 120 N. Lime Street<br>Lancaster, PA  17604 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| | |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| | |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| | |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 28 | [X] Complaint   [ ] Petition Action   [ ] Notice of Appeal<br>[ ] Writ of Summons   [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration<br>[X] Jury<br>[ ] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

**CASE TYPE AND CODE (SEE INSTRUCTIONS)**

2T  T1

**STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS)**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO<br>COORDINATION ORDER? |
|---|---|---|
| NONE | | Yes   No<br>[ ]   [ ]<br>[ ]   [ ]<br>[ ]   [ ] |

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant:

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS (SEE INSTRUCTIONS) |
|---|---|
| Laurence H. Brown, Esquire | One  Penn Square West<br>30 S. 15th Street, 17th Floor<br>Philadelphia, PA  19102 |
| PHONE NUMBER          FAX NUMBER<br>(215)569-4000    (215) 569-2222 | |
| SUPREME COURT IDENTIFICATION NO.<br>21174 | E-MAIL ADDRESS |
| SIGNATURE | DATE<br>5/22/02 |

Court of Common Pleas of Philadelphia County
### Trial Division
# Civil Cover Sheet
## (Supplemental Parties)

| | |
|---|---|
| **For Prothonotary Use Only (Docket Number)** | |
| JUNE 2002 | 000138 |

**PLAINTIFF'S NAME**
Richard and Janice Meyer

**DEFENDANT'S NAME**
Abex Corporation
a/k/a Pneumo Abex Corporation
a Delaware COrporation

**PLAINTIFF'S ADDRESS**
P.O. Box 414, Chevy Run Road
Lama, PA  16848

**DEFENDANT'S ADDRESS**
Liberty Lane
Hampton, NH  03842

**PLAINTIFF'S NAME**

**DEFENDANT'S NAME**
Albany International Corporation.

**PLAINTIFF'S ADDRESS**

**DEFENDANT'S ADDRESS**
1373 Broadway
Albany, NY  12204

**PLAINTIFF'S NAME**

**DEFENDANT'S NAME**
Allied Signal, Inc.

**PLAINTIFF'S ADDRESS**

**DEFENDANT'S ADDRESS**
101 Columbia Turnpike
Morristown, NJ  07962

**PLAINTIFF'S NAME**

**DEFENDANT'S NAME**
Asten Hill Group, Inc.
4399 Corporate Road

**PLAINTIFF'S ADDRESS**

**DEFENDANT'S ADDRESS**
P.O. Box 10700
Charleston, SC  29411

**PLAINTIFF'S NAME**

**DEFENDANT'S NAME**
A.W. Chesterton, INc.
Middlesex Industrial Park

**PLAINTIFF'S ADDRESS**

**DEFENDANT'S ADDRESS**
Route 93
Stoneham, MA  02180

**PLAINTIFF'S NAME**

**DEFENDANT'S NAME**
BBA Group, PLC.
1200 Century Way

**PLAINTIFF'S ADDRESS**

**DEFENDANT'S ADDRESS**
Thorpe Park Business Park
West Yorkshire, England LS15 8ZA

**PLAINTIFF'S NAME**

**DEFENDANT'S NAME**
Borg Warner Corporation

**PLAINTIFF'S ADDRESS**

**DEFENDANT'S ADDRESS**
200 S. Michigan Avenue
Chicago, IL  60604

**PLAINTIFF'S NAME**

**DEFENDANT'S NAME**
Brake & Clutch Co. of Phila.

**PLAINTIFF'S ADDRESS**

**DEFENDANT'S ADDRESS**
7321 Crescent Blvd.
Pennsauken, NJ  08110

JUNE 2002                    000138

Court of Common Pleas of Philadelphia County
Trial Division
# Civil Cover Sheet
*(Supplemental Parties)*

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| Richard and Janice Meyer | Certainteed COrporation |
| **PLAINTIFF'S ADDRESS**<br>P.O. Box 414, Chevy Run Road<br>Lama, PA  16848 | **DEFENDANT'S ADDRESS** Swedesford Road<br>Valley Forge, PA  19482 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>Chrysler Corporation<br>1000 Chrysler Drive |
| **PLAINTIFF'S ADDRESS**<br>[JURY FEE PAID] | **DEFENDANT'S ADDRESS**<br>Auburn Hill, Michigan 48326 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>Combustion Engineering Co., INc.<br>c/o CVCSC, Inc. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** Capital BLvd.<br>P.O. Box 4950<br>Rocky Hill, CT  06067 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>Crane Co., Demming Division |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>1453 Allen Road<br>Salem, OH  44460 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>Durabla |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>140 Sheree Blvd.<br>Lionville, PA  19353 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>General Motors Corporation<br>c/o CT Corporation Systems |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>1515 Market Street, Suite 1210<br>Philadelphia, PA  19103 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>Georgia-Pacific Corporation<br>c/o CT Corporation Systems |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>1515 Market Street, SUite 1210<br>Philadelphia, PA  19103 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>Goulds Pumps, INc. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>240 Fall Street<br>Seneca Falls, NY  13148 |

JUNE 2002

Court of Common Pleas of Philadelphia County
Trial Division
# Civil Cover Sheet
*(Supplemental Parties)*

For Prothonotary Use Only (Docket Number)

**000138**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| Richard and Janice Meyer | Green, Tweed & COmpany, Inc. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| P.O. Box 414, Chevy Run Road Lama, PA 16848 | 2075 Detweiler Road Kulpsville, PA 19443 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** Maremont Corporation |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** 2400 INdustrial Park Louden, TX 37774 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** Metropolitan Life INsurance Co. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** 1 Madison Avenue New York, NY 10010 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** Owens-Illinois, Inc. an Ohio Corporation |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** One Sea Gate - WMB 9 Toledo, O H 43666 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** Pecora Corporation a Pennsylvania Corporation |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** 165 Wambold Road Harleysville, PA 19438 ✓ |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** Pennsylvania Brake Bonding |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** 9001 Torresdale Avenue Philadelphia, PA 19136 ✓ |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** Scapa Dryer Group |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** 2500 Scapa Road Waycross, GA 31501 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** Scapa Dryer Group, INc. c/o Quintin T. Hardtner, III |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** Midsouth Tower, 11th Floor Shreveport, LA 71101 |

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet
### (Supplemental Parties)

| For Prothonotary Use Only (Docket Number) |
|---|
| JUNE 2002                    000138 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| Richard and Janice Meyer | Uniroyal, Inc.<br>70 Great Hill Road |
| PLAINTIFF'S ADDRESS<br>P.O. Box 414, Chevy Run Road<br>Lama, PA  16848 | DEFENDANT'S ADDRESS<br>Naugatuck, CT  06770 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>Weil McLain Co.<br>Division of the Marley Company |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>Blaine Street<br>Michigan City, IN  46360 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>Viacom/Westinghouse Electric Corp. |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>11 Stanwix Street, 2nd. Fl. Gateway 6<br>Pittsburgh, PA  15222-1384 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |

JURY FEE PAID.

ATTEST

JUN 0 3 2002

B. PLEASANT
PRO. PROTHY

**BROOKMAN, ROSENBERG, BROWN & SANDLER**
**BY: LAURENCE H. BROWN, ESQUIRE**
**ATTORNEY IDENTIFICATION NO. 21174**
**FIRM IDENTIFICATION NO. 9991**
17TH FLOOR, ONE PENN SQUARE WEST
PHILADELPHIA, PA. 19102
(215) 569-4000

ATTORNEY FOR PLAINTIFF(S)

---

*Plaintiff(s):*                                    :

*RICHARD AND JANICE MEYER*          :
*P.O. BOX 414, CHEVY RUN ROAD*      :
*LAMA, PA 16848*                              :

*vs.*                                                    :

*Defendant(s):*                                   :

*AC&S, INC. (001), ET AL.*                :
*A PENNSYLVANIA CORPORATION*   :
*120 N. LIME STREET*                        :
*LANCASTER, PA 17604*                    :

*PHILADELPHIA COUNTY*
*COURT OF COMMON PLEAS*
*DIVISION*

**JUNE 2002**

*TERM*

000138

*No.*

***ASBESTOS LITIGATION***

---

## COMPLAINT - CIVIL ACTION (2. PERSONAL INJURY)
### 26035 ASBESTOS

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) días de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparecencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |
| YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. | LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL. |

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
One Reading Center
Philadelphia, Pennsylvania 19107
Telephone: 215-238-1701

ASOCIACIÓN DE LICENCIADOS DE FILADELFIA
SERVICIO DE DEFERENCIA E INFORMACIÓN LEGAL
One Reading Center
Filadelfia, Pennsylvania 19107
Telephone: 215-238-1701

ABEX CORPORATION  (046)
a/k/a Pneumo Abex Corporation
a Delaware Corporation
Liberty Lane
Hampton, NH 03842

ALBANY INTERNATIONAL CORPORATION
1373 Broadway
Albany, NY 12204

ALLIED SIGNAL, INC. (280)
101 Columbia Turnpike
Morristown, NJ 07962

ASTEN HILL GROUP, INC. (340)
4399 Corporate Road
P.O. Box 10700
Charleston, SC 29411

A.W. CHESTERTON, INC.  (127)
Middlesex Industrial Park
Route 93
Stoneham, MA 02180

BBA Group, PLC.
1200 Century Way
Thorpe Park Business Park
West Yorkshire, England LS15 8ZA

BORG WARNER CORPORATION (055)
200 S. Michigan Avenue
Chicago, IL 60604

BRAKE & CLUTCH CO. OF PHILA.  (056)
7321 Crescent Blvd.
Pennsauken, NJ 08110

CERTAINTEED CORPORATION (090)
750 E. Swedesford Road
Valley Forge, PA 19482

CHRYSLER CORPORATION (433)
1000 Chrysler Drive
Auburn Hill, Michigan 48326

COMBUSTION ENGINEERING CO., INC. (059)
c/o CVCSC, Inc.
175 Capital Boulevard
P.O. Box 4950
Rocky Hill, CT 06067

CRANE CO., DEMMING DIVISION
1453 Allen Road
Salem, OH 44460

DURABLA
140 Sheree Blvd.
Lionville, PA 19353

GENERAL MOTORS CORPORATION (148)
c/o CT Corporation Systems
Suite 1210
1515 Market Street
Philadelphia, PA 19103

GEORGIA-PACIFIC CORPORATION (244)
c/o CT Corporation Systems
Suite 1210
1515 Market Street
Philadelphia, PA 19103

GOULDS PUMPS, INC. (435)
240 Fall Street
Seneca Falls, NY 13148

GREEN, TWEED & COMPANY, INC. (132)
2075 Detweiler Road
Kulpsville, PA 19443

MAREMONT CORPORATION (072)
2400 Industrial Park
Louden, TN 37774

METROPOLITAN LIFE INSURANCE CO. (4019)
1 Madison Avenue
New York, NY 10010

OWENS-ILLINOIS, INC. (032)
an Ohio Corporation
One Sea Gate -WMB9
Toledo, OH  43666

PECORA CORPORATION (429)
a Pennsylvania Corporation
165 Wambold Road
Harleysville, PA 19438

PENNSYLVANIA BRAKE BONDING (074)
9001 Torresdale Avenue
Philadelphia, PA  19136

SCAPA DRYER GROUP
2500 Scapa Road
Waycross, GA 31501

SCAPA DRYER GROUP, INC.
c/o Quintin T. Hardtner, III
Midsouth Tower, 11th Floor
Shreveport, LA 71101

UNIROYAL, INC. (043)
70 Great Hill Road
Naugatuck, CT 06770

WEIL McLAIN CO. (163)
Division of The Marley Company
Blaine Street
Michigan City, IN  46360

VIACOM/WESTINGHOUSE ELECTRIC CORPORATION (099)
11 Stanwix Street, 2nd Fl., Gateway 6
Pittsburgh, PA  15222-1384

**BROOKMAN, ROSENBERG, BROWN & SANDLER**
**BY: LAURENCE H. BROWN, ESQUIRE**
**ATTORNEY IDENTIFICATION NO. 21174**
**FIRM IDENTIFICATION NO. 9991**
17TH FLOOR, ONE PENN SQUARE WEST                    ATTORNEY FOR PLAINTIFF(S)
PHILADELPHIA, PA. 19102
(215) 569-4000

| | |
|---|---|
| *Plaintiff* : | *PHILADELPHIA COUNTY* |
| : | *COURT OF COMMON PLEAS* |
| *RICHARD AND JANICE MEYER* : | *DIVISION* |
| : | **JUNE 2002** |
| : | |
| *vs.* : | *TERM* |
| *Defendant(s):* : | *No.*    **000138** |
| : | |
| *AC&S, INC., (001), ET AL.* : | *ASBESTOS LITIGATION* |
| : | |
| : | |

## COMPLAINT - CIVIL ACTION (2. PERSONAL INJURY)
## 26035 ASBESTOS

Plaintiff incorporates by reference Plaintiffs' Master Long Form Complaint In Re: Asbestos

Litigation in Philadelphia Court of Common Pleas, filed as of October Term, 1986, No. 8610-0001.

Pursuant to an Order dated July 30, 1986 and signed by the Honorable Richard B. Klein and the

Honorable Edward J. Blake the following short form complaint is utilized in this asbestos action.

1.  This Complaint involves the claims of the following persons:

    a.  Plaintiff:

        Name:                Richard Meyer

        Address:            P.O. Box 414
                                Chevy Run Road
                                Lama, PA 16848

        Social Security No.    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

        Date of Birth:         7/27/30

    b.  Spouse ("Plaintiff-Spouse"):

        Name:                Janice Meyer

        Date of Birth:         5/23/29

2.  The defendants are those companies listed in the caption.

3. Plaintiffs would also name as defendants the Johns-Manville Corporation, the Johns-Manville Sales Corporation, UNARCO, Amatex Corporation, Forty-Eight Insulators Incorporated, Wallace and Gale Company, Nicolet Industries, Pacor, Inc., Delaware Insulation, Inc. f/k/a DI Distributors, Carey Canada, Celotex Corporation, Eagle Picher Industries, Inc., Keene Corporation, H.K. Porter Company, Inc., Babcock & Wilcox, and Pittsburgh Corning Corporation; however, each of these potential defendants has filed for relief or been forced into involuntary bankruptcy under Chapter 11 of the Bankruptcy Code and, pursuant to 11 U.S.C. Section 362, the institution of actions against these companies is stayed. Plaintiffs would have brought suit against the companies enumerated in this paragraph but for the automatic stay.

4. A. Defendant, **Metropolitan Life Insurance Company**, is a mutual life insurance company with a principal place of business in the New York. At all relevant times Defendant did business in the State of New Jersey and the Commonwealth of Pennsylvania. Defendant, individually and as agents of one another and as co-conspirators, aided, abetted, encouraged, counseled, assisted, agreed, and conspired among themselves and with other asbestos manufacturers and distributors to injure Plaintiffs by, among other things, providing funding for a study that revealed Canadian asbestos miners suffered from asbestosis and by materially misrepresenting that known fact, and in various other ways concealing information and otherwise preventing workers and responsible authorities from learning of the health hazards posed by asbestos exposure.

B. Defendant, **AC&S, Inc.**, formerly known as Armstrong Contracting & Supply Co., sued in its corporate capacity and as successor by purchase of the Contracting Units of Armstrong Cork Company, is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Pennsylvania, and is doing business in the Commonwealth of Pennsylvania, and in the Federal Eastern District of Pennsylvania. At all times material hereto, Defendant, **AC&S, Inc.**, formerly known as, Armstrong Contracting & Supply Co. and/or its predecessors, including, the Contracting Units of Armstrong Cork Company, was a manufacturer, distributer and supplier of asbestos products, including, but not limited to, products of some or all of the various other defendants named herein, which products were either directly or indirectly sold and/or supplied in the geographical area in which plaintiffs worked and/or to the employers of the plaintiffs and/or to contractors at job sites on which plaintiffs and/or to contractors at job sites on which plaintiffs worked, when they were exposed to said asbestos products.

C. Defendant, **Albany International Corporation**, sued in its corporate capacity and as successor-in-interest to Albany Felt Company, is a corporation organized and existing under the laws of the state of Delaware, with its principal place of business in the state of New York. At all times material hereto, Albany International Corporation was doing business in the Commonwealth of Pennsylvania. At times material hereto, Albany International Corporation and/or its predecessors, manufactured, produced, distributed and/or supplied, either directly of indirectly, in the geographic area in which plaintiff worked, and/or to the employers of the plaintiff, asbestos products including, but not limited to, asbestos-containing laundry dryer felts.

D. Defendant, **Asten-Hill Group, Inc.,** is a business entity organized under the laws of the Commonwealth of Pennsylvania with its principal place of business in Pennsylvania, and is doing business in the State of New Jersey. At all times material hereto, defendant, **Asten-Hill Group, Inc.,** mined, milled, manufactured, produced, processed, supplied, distributed and sold, either directly or indirectly, in the geographical area in which plaintiff worked, asbestos products including, but not limited to, packaged or bagged asbestos, asbestos products or compounds.

E. Defendant, **BBA Friction Ltd.,** formerly Mintex U.K. is an English corporation located in West Yorkshire, England. At all times material it manufactured, produced, distributed and/or supplied, either directly or indirectly, in the geographic area in which the plaintiff worked, and/or to the employers of the plaintiff, asbestos-containing products.

F. Defendant, **Borg Warner Corporation,** is a corporation duly organized and existing under the laws of the State of Michigan with a principal place of business at 615 Griswold, Detroit, Michigan. At all times material hereto, defendant, Borg Warner Corporation, manufactured, produced and/or sold asbestos products, either directly or indirectly to the employers of plaintiff and/or its predecessors, asbestos products including, but not limited to, asbestos brake shoes, asbestos brake linings and other asbestos friction products.

G.  Defendant, **Crane Co., Deming Division,** is a corporation organized and existing under the laws of the State of Ohio, with its principal place of business in Salem, OH and at all times material hereto was doing business in the Commonwealth of Pennsylvania.  At all times material hereto, Defendant, Crane Co., manufactured, produced and sold, either directly or indirectly, in the geographical area in which plaintiffs worked and/or to the employers of the plaintiffs and/or to contractors on job sites on which plaintiffs worked, asbestos products, including but not limited to, pumps which contained asbestos materials.

H.  Defendant, **Pecora Corporation**, is a Pennsylvania corporation with its principal place of business located at 165 Wambold Road, Harleysville, Pennsylvania.  Pecora Corporation at all times material hereto, manufactured, supplied, distributed and/or produced any and all of the asbestos-containing products to which the plaintiff was exposed through his employment including, but not limited to, Red Devil Furnace Cement, sealings and other products.

I.  Defendant, **Scapa Dryer Group**, is a corporation organized and existing under the laws of the state of Georgia with its principal place of business in the state of Georgia.  At times material hereto, Scapa Dryer Group, was doing business in the Commonwealth of Pennsylvania.  At times material hereto, Scapa Dryer Group, manufactured, produced, distributed and/or supplied, either directly or indirectly, in the geographic area in which plaintiff worked, and/or to the employers of the plaintiff, asbestos products including, but not limited to asbestos-containing laundry dryer felts.

J.  Defendant, **Scapa Dryer Group, Inc.,** is a corporation organized and existing under the laws of the state of Louisiana with its principal place of business in the state of Louisiana.  At times material hereto, Scapa Dryer Group, Inc., was doing business in the Commonwealth of Pennsylvania.  At times material hereto, Scapa Dryer Group, Inc., manufactured, produced, distributed and/or supplied, either directly or indirectly, in the geographic area in which plaintiff worked, and/or to the employers of the plaintiff, asbestos products including, but not limited to asbestos-containing laundry dryer felts.

5.  Plaintiff hereby incorporates by reference the following Counts from the Master Long-Form Complaint:  Counts:  I, II, III, IV, VI, VII & X.

6.  Plaintiff's asbestos employment history including, to the extent possible at this time, the asbestos products to which plaintiff was exposed, is attached hereto as Schedule 1.

7.  Plaintiff was diagnosed on or about 7/20/00 by Dr. Dominic Gaziano as having asbestosis w/ restriction as a result of exposure to asbestos.

8.  Plaintiff's smoking history is as follows:

Plaintiff smoked 1 pack per day from 1945 to 1963.

9. A claim for lost wages will be asserted at time of trial, if applicable.

Brookman, Rosenberg, Brown and Sandler

By: _____

Laurence H. Brown, Esquire

## V E R I F I C A T I O N

I hereby certify that I am counsel for the plaintiff(s) in the instant matter and that the

facts contained herein are true and correct to the best of my knowledge, information and

belief. This statement is made subject to the penalties of 18 PA C.S.A. sec. 4904, relating

to unsworn falsification to authorities.

Laurence H. Brown, Esquire

## PLAINTIFF'S ASBESTOS WORK HISTORY - SCHEDULE 1

| Commencement | Cessation | Employer | Job Description |
|---|---|---|---|
| 10/47 | 4/48 | Mearl Brewer Co. | farmer |
| 10/47 | 4/48 | Bob Farrington & Co. | wood cutter |
| 4/56 | 6/87 | Hammermill Paper Co. a/k/a Lockhaven International Paper Co. | laborer |
| 4/48 | 4/56 | A.C. Dickey Group | mechanic |
| 11/89 | 8/92 | Clinton Landfill Co. | supervisor |